JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. MCFADDEN, | No. CV 06-5140-JFW(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| J.F. SALAZAR (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 29, 2011

　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge